## Dismukes *v.* Meeks *et al.*

APPEAL from Gadsden City Court.
Tried before the Hon. JOHN H. DISQUE.

W. H. DENSON, for appellant.

DORTCH & MARTIN, for appellees.

This was an action brought by the appellant against the appellees, as partners, publishing a newspaper, to recover damages for slander. The appeal is taken from a judgment in favor of the defendants. · The facts of the case are substantially the same as those set forth in *Wofford v. Meeks, ante.* p. 439.

On the authority of that case, the judgment in the present case is reversed and the cause remanded.

Opinion by TYSON, J.

---

## McGehee v. The State.

APPEAL from Montgomery City Court. ·
Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, Thomas McGehee, was indicted and tried for murder, was convicted of manslaughter in the first degree, and sentenced to the penitentiary for ten years.

The judgment is affirmed.

Opinion PER CURIAM.